UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LYDIA OGEA | CIVIL ACTION NO. |
| VERSUS | NO. 19-734 |
| AETNA LIFE INSURANCE CO. | SECTION: R (4) |

**JOINT MOTION TO MODIFY THE SCHEDULING ORDER**

Plaintiff, Lydia Ogea ("Plaintiff") and Defendant, Aetna Life Insurance Company ("Aetna"), through their undersigned counsel, submit this Joint Motion requesting the Court to modify the current Scheduling Order [Document 11] and state that:

1. This matter involves a claim for benefits under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1001 *et. seq.* Therefore, the Court will be reviewing the claim decision based upon the information in the Administrative Record and the parties' briefs.

2. The current Scheduling Order is tailored for a more traditional civil action and not an ERISA dispute.

3. The parties have been to attempting to resolve this case amicably and to resolve outstanding discovery issues without court intervention. In this regard, and in light of the fact that this is an ERISA case that will be decided without a live trial, the parties propose modification of the Scheduling Order as follows:

    a. The discovery deadline is extended until April 9, 2020.

    b. Defendant submit the Administrative Record and LTD Policy to the Court by May 5, 2020.

   c. The parties shall file simultaneous cross motions for decision on the administrative record on May 14, 2020 to be noticed for submission on June 3, 2020.

4. Based on the nature of the case and the proposed schedule herein, the parties respectfully submit that the trial date of May 18, 2020 and all other Scheduling Order deadlines may be vacated as the Court will decide the case based upon the Administrative Record and the parties' briefs.

**WHEREFORE**, the parties respectfully request the Court grant this Joint Motion to Modify the Scheduling Order and for all other just and proper relief.

                Respectfully submitted,

                /s/ *Reagan Toledano*
                Reagan L. Toledano (La. 29687)
                Email: rtoledano@willefordlaw.com
                James F. Willeford (La. 13485)
                Email: jimwilleford@willefordlaw.com
                Willeford & Toledano
                201 St. Charles Avenue, Suite 4208
                New Orleans, Louisiana 70170
                Phone: (504) 582-1286
                Fax: (313)692-5927
                *Attorneys for Plaintiff, Elizabeth Bertucci*

                /s/Joel P. Babineaux
                Joel P. Babineaux, LA #21455
                E-mail: jbabineaux@bpasfirm.com
                Karen T. Bordelon, LA #20114
                E-mail: kbordelon@bpasfirm.com
                Babineaux, Poché, Anthony
                 & Slavich, L.L.C.
                P.O. Box 52169
                Lafayette, LA 70505
                Phone: (337) 984-2505
                Fax: (337) 984-2503
                *Attorneys for Aetna Life Insurance Company*